Phillip A. Cooke, Bar No. 37115
Law Offices of Cooke and Marshall
1103 Butte House Road, Suite F
Yuba City, California 95991
Telephone: (530) 671-1100
Fax: (530) 671-1461

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN L. MCCARTY, ET AL., | CASE NO.: 2:21−CV−01131−WBS−AC |
| Plaintiff, | **ORDER ON EXPARTE APPLICATION REQUESTING AN EXTENTION OF TIME FOR JOINT STATUS CONFERENCE** |
| vs. | |
| THE COUNTY OF TEHAMA, ET AL. | **Date: October 25, 2021**<br>**Time: 1:30 P.m.**<br>**Dept.: 5** |

Good Cause appearing in the Ex-Parte Application of Phillip A. Cooke, the joint status report conference is continued from October 25, 2021 at 1:30 p.m. to **January 31, 2022 at 1:30 p.m..**  The joint status report is due to be filed with the court by **January 18, 2022**.

Dated: October 21, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Order continuing Joint Status Report**

1